IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
MIDDLE DIVISION

**ENTERED**
AUG 3 1 2004

| | | |
|---|---|---|
| KEVIN DALE MANNING, | ) | |
| Plaintiff, | ) | |
| v. | ) | CV 03-C-893-M |
| WILLIAM E. NORMAN, et. al., | ) | |
| Defendants. | ) | |

## MEMORANDUM OF OPINION

On July 30, 2004, the magistrate judge filed a report and recommendation, recommending that the motion for summary judgment filed by defendant Norman be denied, and the motion for summary judgment filed by defendants Otwell and Bradford be granted. The magistrate judge also recommended that plaintiff's request for injunctive relief be denied. No objections to the report and recommendation have been filed.

Having carefully reviewed and considered *de novo* all the materials in the file, including the report and recommendation, the Court is of the opinion that the magistrate judge's report is due to be and is hereby ADOPTED and his recommendation is ACCEPTED. The Court EXPRESSLY FINDS that there are no genuine issues of material fact with regard to each and every element of plaintiff's claims against defendants Otwell and Bradford, and as such, said defendants are entitled to judgment in their favor as a matter of law. The Court further FINDS that plaintiff's request for injunctive relief is due to be DENIED. Finally, the Court EXPRESSLY FINDS that defendant Norman's motion for summary judgment is due to be DENIED, and the claims against Norman are due to be REFERRED to the magistrate judge for further proceedings. An appropriate order will be entered.

DONE this the 26th day of August, 2004.

_____
Chief United States District Judge
U. W. Clemon

30