IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| KEVIN DALE MANNING, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No. 2:03-cv-893-RDP-TMP |
| ) | |
| WILLIAM E. NORMAN, ) | |
| ) | |
| Defendant. ) | |

## MEMORANDUM OPINION

Pursuant to 28 U.S.C. § 636(b)(1)(B), the magistrate judge conducted an evidentiary hearing in this cause on March 1, 2005, and filed his report and recommendation the following day, in which he made proposed findings of fact and conclusions of law, and recommended that judgment be entered in favor of the defendant. Although the parties were allowed until March 17, 2005, to file objections to the report and recommendation, none have been filed to date.

Having now carefully reviewed and considered the report and recommendation and other materials in the court file, the court hereby **ADOPTS** the report and **ACCEPTS** the recommendation. The court **ADOPTS** the findings of fact and conclusions of law proposed by the report and recommendation as its own. By separate order, the court will enter final judgment in favor of the defendant and will dismiss the plaintiff's claim with prejudice.

**DONE** and **ORDERED** this ____28th____ day of March, 2005.

_____
**R. DAVID PROCTOR**
UNITED STATES DISTRICT JUDGE